MATTIE J. PARTRIDGE, as Administratrix, etc., of HARLAND PARTRIDGE, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs.   Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

JOSEPH BERRY, Respondent, v. ARCHIE W. LEONARD and Another, Appellants. — Judgment unanimously affirmed, with costs.   Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

JOE H. WILSON, Respondent, v. CHARLES H. HENNINGSON and Another, Appellants, Impleaded with Others. Defendants.— Judgment and order unanimously affirmed, with costs.   The court finds that at the time the mortgage in question was executed and delivered Della L. Bissell was the owner of the premises described in the mortgage; that the mortgage was valid in the hands of the assignee of Simons; it was issued for a lawful purpose and for a valid consideration.   Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

MARGUERITE PATCHIN, Respondent, v. EARL KNICKERBOCKER, Appellant.— Judgment and order unanimously affirmed, with costs.   Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

FREDERICK CHRISTIANA and Another, Respondents, v. PACKEY FURY, Appellant.— Judgment unanimously affirmed, with costs.   Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of CHARLES MANCERI, Respondent, against SPORT CLOTHING COMPANY and Another, Appellants.   STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.   Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

WILLIAM B. HINDLEY, Respondent, v. MORRIS SIEGEL, Appellant.— Judgment and order reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is contrary to and against the weight of the evidence on the question of defendant's negligence and the plaintiff's contributory negligence.   Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

RALPH S. CREAR, Respondent, v. CARMELO COREA, Appellant.— Judgment and order unanimously affirmed, with costs.   Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

IRENE SCOTT, Respondent, v. FORT ORANGE PAPER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.